**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Jason Quaife, individually and on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>Brady, Martz & Associates, P.C.,<br><br>   Defendant. | Case No. 3:23-cv-00176-PDW-ARS |
| John Hoffer, individually and on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Brady, Martz & Associates, P.C.,<br><br>   Defendant. | Case No. 3:23-cv-00177-ARS |
| Amanda Koffler, individually and on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Brady, Martz & Associates, P.C.,<br><br>   Defendant. | Case No. 3:23-cv-00183-PDW-ARS |
| Alec R. Kiesow, individually and on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>Brady, Martz & Associates, P.C.,<br><br>   Defendant. | Case No. 3:23-cv-00184-ARS |

**PLAINTIFFS' JOINT UNOPPOSED MOTION TO
CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(a)**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned cases hereby move for an order:

1. Consolidating *Quaife v. Brady Martz & Associates, P.C.*, No. 3:23-cv-00176-PDW-ARS ("Quaife") filed on September 15, 2023; *Hoffer v. Brady Martz & Associates, P.C.*, No. 3:23-cv-00177-ARS ("Hoffer") filed on September 15, 2023; *Koffler v. Brady Martz & Associates, P.C.*, No. 3:23-cv-00183-PDW-ARS ("Koffler") filed on September 20, 2023; *Kiesow v. Brady Martz & Associates, P.C.*, No. 3:23-cv-00176-PDW-ARS ("Kiesow") filed on September 22, 2023, as well as any future related actions, under the docket number of the first filed case: No. 3:23-cv-00176-PDW-ARS, and under the title "*In re Brady Martz Data Security Litigation.*"

2. The Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Proposed Order submitted herewith, and any other matter the Court may wish to consider. Counsel for Defendant Brady Martz & Associates, P.C. has advised Plaintiffs' Counsel that they do not oppose the instant motion or the briefing schedule to file a Consolidated Complaint as set forth in the Proposed Order.

3. Plaintiffs' counsel submits that they are not requesting oral argument for this Motion, and that it can be decided on the papers if the Court is inclined.

Dated: October 16, 2023              */s/ Scott Haider*
                                     Scott Haider (ND #07533)
                                     **SCHNEIDER LAW FIRM**
                                     815 3rd Ave., S.
                                     Fargo, ND 58103
                                     Phone: 701-235-4481

2

Fax: 701-235-1107
*scott@schneiderlawfirm.com*

**HELLMUTH & JOHNSON PLLC**
Nathan D. Prosser
Anne T. Regan*
8050 West 78th Street
Edina, MN 55439
Phone: (952) 941-4005
*nprosser@hjlawfirm.com*
*aregan@hjlawfirm.com*

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
David A. Goodwin*
Daniel J. Nordin*
Joe E. Nelson*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
*dgustafson@gustafsongluek.com*
*dgoodwin@gustafsongluek.com*
*dnordin@gustafsongluek.com*
*jnelson@gustafsongluek.com*

*Attorneys for Plaintiff Quaife and the Putative Class*


*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604
Phone: (312) 984-0000
*malmstrom@whafh.com*

*Attorney for Plaintiff Hoffer and the Putative Class*

*/s/ Timothy Q. Purdon*
Timothy Q. Purdon (ND#05392)
**ROBINS KAPLAN LLP**
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
701-255-3000
*tpurdon@robinskaplan.com*

Jennifer W. Sprengel*
Nickolas J. Hagman*
Alex Lee*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL, LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Phone: (312) 782-4880
Fax: (312) 782-4485
*jsprengel@caffertyclobes.com*
*nhagman@caffertyclobes.com*
*alee@caffertyclobes.com*

*Attorneys for Plaintiff Koffler and the Putative Class*


*/s/ Scott Haider*
Scott Haider (ND #07533)
**SCHNEIDER LAW OFFICE**
815 3rd Ave., S.
Fargo, ND 58103
Phone: 701-235-4481
Fax: 701-235-1107
*scott@schneiderlawfirm.com*

Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (952) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

*Attorneys for Plaintiff Kiesow and the Putative Class*

## **CERTIFICATE OF CONCURRANCE**

Undersigned counsel for Plaintiff Quaife hereby certifies that Plaintiffs' counsel has conferred with counsel for Defendant and obtained their concurrence with regard to Plaintiffs' Joint Unopposed Motion to Consolidate Pursuant to Fed. R. Civ. P. 42(a). Defendant's counsel does not oppose the instant motion, or the briefing schedule set forth in the Proposed Order.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.


Executed: October 16, 2023                                     By: /s/ Scott Haider
                                                               Scott Haider (ND #07533)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of October 2023, a true and correct copy of the above and foregoing was filed with the Clerk of the Court via the Court's CM/EC system for electronic service on all counsel of record.

Dated: October 16, 2023                                By: /s/ Scott Haider
                                                       Scott Haider (ND #07533)