# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE BRADY MARTZ DATA SECURITY LITIGATION | Case No. 3:23-cv-176<br><br>**[PROPOSED] ORDER** |

In accordance with the unopposed motion of plaintiffs in the above-captioned action, plaintiffs' joint motion for appointment of interim co-lead counsel is **GRANTED**:

Pursuant to Fed. R. Civ. P. 23(g), the Court designates the law firms of Hellmuth & Johnson PLLC and Gustafson Gluek PLLC as Interim Co-Lead Counsel, and the Schneider Law Firm as Interim Liaison Counsel for Plaintiffs. Interim Class Counsel will fairly and adequately represent the best interests of the class.

Interim Class Counsel Interim Class Counsel shall have sole authority over the following matters on behalf of all plaintiffs: (a) the initiation, response, scheduling, briefing, and argument of all motions; (b) the scope, order, and conduct of all discovery proceedings; (c) such work assignments to other plaintiffs' counsel as they may deem appropriate; (d) the retention of experts; (e) designation of which attorneys may appear at hearings and conferences with the court; (f) the timing and substance of any settlement negotiations with defendants; and (g) all other matters concerning the prosecution of or resolution of the consolidated cases.

No motion shall be initiated or filed on behalf of any plaintiff in the case except through Interim Class Counsel.

Interim Class Counsel shall have sole authority to communicate with defendant's counsel and the court on behalf of all plaintiffs unless that authority is expressly delegated to other counsel. Defendant's counsel may rely on all agreements made with Interim Class Counsel, and such agreements shall be binding on all other plaintiffs' counsel in the consolidated cases.

Plaintiffs shall file a Consolidated Class Action Complaint ("Consolidated Complaint") in the consolidated action as ordered in the Court's consolidation order (Doc. 11) and defendant shall answer or otherwise respond to the Consolidated Complaint as further ordered by the Court's consolidation order, unless otherwise agreed on by counsel.

**IT IS SO ORDERED.**

Dated this ___ day of October 2023.

_____
Alice R. Senechal
United States Magistrate Judge