UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jason Quaife, John Hoffer, Amanda Koffler, Alec R. Kiesow, and Samantha Stock on behalf of themselves individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Brady Martz & Associates, P.C.<br><br>Defendant. | Case No.: 3:23-CV-176-PDW-ARS<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and upon Defendant Brady Martz & Associates, P.C.'s Unopposed Motion for an Extension of Time to Respond to the Consolidated Class Action Complaint, and good cause appearing,

IT IS HEREBY ORDERED the deadline for Defendant Brady Martz & Associates, P.C. to respond to the Consolidated Class Action Complaint is extended to December 28, 2023.

SIGNED _____ \_\_\_, 2023.

BY THE COURT:

_____

United States District Court for the North Dakota