# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| IN RE BRADY MARTZ DATA SECURITY LITIGATION | ) ) Civil Action No.: 3:23-CV-00176-PEW-ARS ) ) ) ) ) |

## DEFENDANT BRADY MARTZ & ASSOCIATES, P.C.'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil procedure 12(b)(1) and 12(b)(6), Defendant Brady Martz & Associates, P.C. moves to dismiss Consolidated Class Action Complaint. ECF No. 15. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Date: December 28, 2023

By:     */s/ Tina A. Syring*
Tina A. Syring, Bar ID. 05201
Hattie Miller, Bar ID. 09665
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
90 S 7th Street, Suite 2800
Minneapolis, MN 55402
Tel.: 612.428.5032
Fax: 612.428.5001
Tina A. Syring@lewisbrisbois.com
Hattie.Miller@lewisbrisbois.com

*Counsel for Defendant*
*Brady Martz & Associates, P.C.*

2

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on December 28, 2023, *via CM/ECF*, on counsel of record.

                                       */s/ Tina A. Syring*
                                       Tina A. Syring