# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE BRADY MARTZ DATA SECURITY LITIGATION | ) ) ) ) ) ) ) ) | Civil Action No.: 3:23-CV-00176-PEW-ARS |

## DEFENDANT BRADY MARTZ & ASSOCIATES, P.C.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Brady Martz & Associates, P.C. ("Brady Martz"), by its attorneys of record, makes the following disclosures pursuant to Federal Rules of Civil Procedure 7.1:

1. Brady Martz is a North Dakota professional company with its principal place of business in North Dakota.

2. No publicly held corporation owns ten percent of Brady Martz's stock.

3. Brady Martz is wholly owned by 54 individuals.

    a. Dave Onkka is a citizen of Minnesota;

    b. Tracee Bruggeman is a citizen of Minnesota;

    c. Brian Opsahl is a citizen of Minnesota;

    d. Matt Laughlin is a citizen of Minnesota;

    e. Nicole Heldstab is a citizen of Minnesota;

    f. Dave Holt is a citizen of North Dakota;

    g. Perry Mattson is a citizen of North Dakota;

    h.    Tim Mehlhoff is a citizen of North Dakota;

    i.    Chris Weippert is a citizen of North Dakota;

    j.    Amy Haagenson is a citizen of North Dakota;

    k.    Justin Burchill is a citizen of North Dakota;

    l.    Cory Kaufman is a citizen of North Dakota;

    m.    Jake Franklin is a citizen of North Dakota;

    n.    Anthony Weisser is a citizen of North Dakota;

    o.    Ashley Engel is a citizen of North Dakota;

    p.    Joseph Kovar is a citizen of North Dakota;

    q.    Brooks Binstock is a citizen of North Dakota;

    r.    Brian Bina is a citizen of North Dakota;

    s.    Chuck Jacobi is a citizen of North Dakota;

    t.    Brady Johs is a citizen of North Dakota;

    u.    Steven Ulven is a citizen of North Dakota;

    v.    Todd VanDusen is a citizen of North Dakota;

    w.    Tom Will is a citizen of North Dakota;

    x.    Kevin Sanders is a citizen of North Dakota;

    y.    Linda Langmaack is a citizen of North Dakota;

    z.    Ryan Bakke is a citizen of North Dakota;

    aa.    Daryl Heizelman is a citizen of North Dakota;

    bb.    Tina Nordquist is a citizen of North Dakota;

    cc.    Tory Hill is a citizen of North Dakota;

dd. Jordan Rodgers is a citizen of North Dakota;

ee. Stacy Dutoit is a citizen of North Dakota;

ff. Melinda Piatz is a citizen of North Dakota;

gg. Jason Steffenhagen is a citizen of North Dakota;

hh. Lance Rambousek is a citizen of North Dakota;

ii. Tahnee Magnus is a citizen of North Dakota;

jj. Adam Schatz is a citizen of North Dakota;

kk. Tim Paulson is a citizen of North Dakota;

ll. Harmony Kolling is a citizen of North Dakota;

mm. Brain Fisher is a citizen of North Dakota;

nn. Cheri Haarstick is a citizen of North Dakota;

oo. Jeremy Ulmer is a citizen of North Dakota;

pp. John Reimer is a citizen of North Dakota;

qq. Nick Peterson is a citizen of North Dakota;

rr. Dan Macintosh is a citizen of North Dakota;

ss. Michael Sundquist is a citizen of North Dakota;

tt. Eric DeHaan is a citizen of South Dakota;

uu. Eric Maas is a citizen of South Dakota;

vv. Ryan Anema is a citizen of South Dakota;

ww. Heather Hofer is a citizen of South Dakota;

xx. Heath Kooiman is a citizen of South Dakota;

yy. Shawn Blom is a citizen of South Dakota;

zz. Patrick Dooley is a citizen of South Dakota;

aaa. Tim Stotz is a citizen of South Dakota;

bbb. Trent Prins is a citizen of South Dakota.

Date: June 5, 2024

By: /s/ Emily Suhr
Emily Suhr, admitted *Pro Hac Vice*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
90 S 7th Street, Suite 2800
Minneapolis, MN 55402
Tel.: 612.428.5032
Fax: 612.428.5001
Emily.Suhr@lewisbrisbois.com

*Counsel for Defendant*
*Brady Martz & Associates, P.C.*

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on June 5, 2024, *via CM/ECF*, on counsel of record.

                                      */s/ Emily Suhr*
                                      Emily Suhr