


WRITER'S DIRECT DIAL NO.: (952)746-2124
E-MAIL: NPROSSER@HJLAWFIRM.COM

October 16, 2024

**VIA ECF**

Chief Judge Peter D. Welte
Quentin N. Burdick
U.S. Courthouse
655 1st Ave. N., Suite 410
Fargo, ND 58102-4932

Re:   In re Brady Martz Data Security Litigation
      Court File No. 3:23-cv-00176-PDW-ARS

Dear Judge Welte:

I write to inform the Court, on behalf of all parties, that preliminary classwide settlement terms have been agreed to between the parties, including on behalf of all putative class members. The parties will proceed to finalize and enter into the classwide settlement agreement. Plaintiffs will then file a motion for preliminary settlement approval and approval of class notice, which is expected to be unopposed by Defendant. Plaintiffs will file their motion for preliminary settlement approval and approval of class notice by December 18, 2024.

Please let undersigned counsel know if the Court would like any further information at this time as to the status of the settlement.

Very truly yours,

HELLMUTH & JOHNSON

Nathan D. Prosser
Attorney at Law

NDP/jlk
cc: Counsel of Record