UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **In re Brady Martz Data Security Litigation** | Case No. 3:23-cv-176-PDW-ARS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN** |

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel of record, respectfully move the Court for an order granting Preliminary Approval of Class Action Settlement and Notice Plan.

This motion is supported by the accompanying memorandum of law; the declaration of David A. Goodwin, with the attached exhibits; the declaration of Richard Simmons (Analytics Declaration; Settlement Administrator), with the attached exhibits; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made at the hearing.

December 18, 2024                    /s/David A. Goodwin
                                     Daniel E. Gustafson
                                     David A. Goodwin
                                     Daniel J. Nordin
                                     Joe E. Nelson

1

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
*dgustafson@gustafsongluek.com*
*dgoodwin@gustafsongluek.com*
*dnordin@gustafsongluek.com*
*jnelson@gustafsongluek.com*

**HELLMUTH & JOHNSON PLLC**
Nathan D. Prosser
Anne T. Regan
8050 West 78th Street
Edina, MN 55439
Phone: (952) 941-4005
*nprosser@hjlawfirm.com*
*aregan@hjlawfirm.com*

***Interim Co-Lead Plaintiffs' Counsel***