## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **In re Brady Martz Data Security Litigation** | Case No. 3:23-cv-176-PDW-ARS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned attorney of record, respectfully move the Court for an order granting Final Approval of Class Action Settlement.

This motion is supported by the accompanying memorandum of law; the Declaration of Settlement Administrator Regarding Notice ("Analytics Declaration"), with the attached exhibits; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made at the hearing.

Date: July 28, 2025

Respectfully submitted,

*/s/ Nathan D. Prosser*
Nathan D. Prosser
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Phone: (952) 941-4005
nprosser@hjlawfirm.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
David A. Goodwin
Joe E. Nelson

2

Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
jnelson@gustafsongluek.com

*Interim Co-Lead Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on July 28, 2025, via CM/ECF, on counsel of record.

                                        */s/ Nathan D. Prosser*
                                        Nathan D. Prosser